UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT LYON WILLIAMS,<br><br>            Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY BOARD OF SUPERVISORS, et al.,<br><br>            Defendants. | Case No. 05-CV-1955-J (JMA)<br><br>**ORDER (1) DENYING MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT [Doc. No. 42] AS MOOT AND (2) REGARDING BRIEFING SCHEDULE FOR MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

On August 6, 2007, the Court took Plaintiff's Motion for Leave to File a First Amended Complaint under submission. See Doc. No. 46. On August 15, 2007, Plaintiff filed a "Request for Leave to File a Second Amended Complaint." See Doc. No. 48. Plaintiff did not, however, attach a copy of his proposed Second Amended Complaint to his request.

**IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Leave to File a First Amended Complaint [Doc. No. 42] is **DENIED** as moot.

2. Plaintiff shall re-file and serve his "Request for Leave to File a Second Amended Complaint" as a *Motion* for Leave to File

a Second Amended Complaint.  Plaintiff must attach a copy of the proposed Second Amended Complaint to the motion.  Plaintiff's motion must be filed and served by **September 6, 2007**.

    3.  Defendant's(s') opposition to the motion shall be filed and served by **September 20, 2007**.

    4.  Plaintiff's reply shall be filed and served by **October 1, 2007**.

    5.  There will be no hearing or oral argument on the motion.

**IT IS SO ORDERED**.

DATED:  August 23, 2007

                                  Jan M. Adler
                                  U.S. Magistrate Judge