# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT LYON WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN DIEGO COUNTY BOARD OF SUPERVISORS, et al.,<br><br>　　　　　Defendants. | Civil No. 05cv1955 J (JMA)<br><br>**ORDER:**<br><br>**1) ADOPTING MAGISTRATE JUDGE ADLER'S REPORT AND RECOMMENDATION**<br><br>**2) DISMISSING DEFENDANT SAN DIEGO COUNTY BOARD OF SUPERVISORS WITH PREJUDICE** |

　　　　Before the Court is Magistrate Judge Jan Adler's Report and Recommendation to dismiss with prejudice Defendant San Diego County Board of Supervisors from the above-captioned action.  After review, the Court **ADOPTS** the Report and Recommendation and **DISMISSES with prejudice** Defendant San Diego County Board of Supervisors.

　　　　During a telephonic Case Management Conference held before Magistrate Judge Adler on November 6, 2007 at 9:00 a.m., Plaintiff advised the magistrate judge that he no longer intended to seek leave to file a First Amended Complaint or a Second Amended Complaint. (R&R at 1.)  Plaintiff's decision renders the Complaint filed on October 14, 2005 [doc. no. 1] the operative pleading in this case.  Magistrate Judge Adler confirmed with Plaintiff that the effect of his decision would be that he would be proceeding against Defendant Sheriff Bill Kolender

only, and that Defendant San Diego County Board of Supervisors would be deemed to be dismissed with prejudice. There has been no objection to this finding. Accordingly, this Court **ADOPTS** the Report and Recommendation and **DISMISSES with prejudice** Defendant San Diego County Board of Supervisors.

**IT IS SO ORDERED.**

DATED: January 10, 2008

HON. NAPOLEON A. JONES, JR.
United States District Judge

cc: Magistrate Judge Adler
    All Parties of Record